The People of the State of New York, Respondent, 
against
Joseph Whitehead, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Beth Beller, J. at suppression motion; Steven J. Hornstein, J. at trial), rendered April 23, 2018, after a nonjury trial, convicting him of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Beth Beller, J. at suppression motion; Steven J. Hornstein, J. at trial), rendered April 23, 2018, affirmed.
The suppression court, adopting the findings of fact and conclusions of law made by a judicial hearing officer, properly denied defendant's suppression motion. Defendant's erratic driving on the Major Deegan Expressway at 1:25 a.m.—described by the arresting officer as being "unable to maintain control of his lane" and "swerv[ing]" from side to side approximately six times—provided reasonable suspicion necessary to justify the limited intrusion involved in an automobile stop (see Vehicle and Traffic Law § 1128[a]; People v Wohlers, 138 AD2d 957 [1988]; see also People v Robinson, 97 NY2d 341, 349 [2001]).
Defendant's conviction of driving while impaired (see Vehicle and Traffic Law § 1192[1]) was supported by legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (see People v Danielson, 9 NY3d 342, 348-349 [2007]). The credited police testimony showed that after his vehicle was stopped, defendant exhibited visible signs of impairment by alcohol, his eyes were bloodshot and watery, his breath had an odor of alcohol and he admitted that he had consumed alcohol (see People v Cruz, 48 NY2d 419, 426-428 [1979], appeal dismissed 446 US 901 [1980]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 22, 2019